NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ANTOINE SHOCKLEY,**
*Plaintiff-Appellant,*

v.

**JOHN FOX, WARDEN, T. C. OUTLAW, RICARDO RIOS, ASSISTANT WARDEN, G. MALDANEDO, REGIONAL DIRECTOR, AND HARRELL WATTS, NATIONAL INMATE APPEALS ADMINISTRATOR,**
*Defendants-Appellees,*

and

**RICARDO PIZARRO, HOSPITAL ADMINISTRATOR, DR. JOHN WOMBLE, AND DR. ANTONIO VILLASAN,**
*Defendants-Appellees,*

and

**DR. HOLCOMBE AND DR. CHRISTI,**
*Defendants-Appellees.*

---

2011-1063

---

Appeal from the United States District Court for the Eastern District of Texas in case no. 07-CV-0904, Judge Ron Clark.

---

## ON MOTION

---

## ORDER

The court having received no objection in response to its order of November 23, 2010,

IT IS ORDERED THAT:

The case is transferred to the United States Court of Appeals for the Fifth Circuit pursuant to 28 U.S.C. § 1631.

FOR THE COURT

FEB 2 8 2011

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

cc: Antoine Shockley
    Carol Marie V. Garcia, Esq.
    Andrea H. Parker, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 2 8 2011

JAN HORBALY
CLERK